**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CARTHELL DAVID JEYS, | ) | No. CV 07-2079-DMG(CW) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| A. AHKAVAN, M.D., | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: <u>December 29, 2010</u>

*/s/ Dolly M. Gee*
DOLLY M. GEE
United States District Judge